**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Dennis** | **G.** | **Whittaker** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known) **19-30156**

☐ Check if this is an amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1.

**1322 Big Lake**
Street address, if available, or other description

**San Antonio          TX    78245**
City                        State    ZIP Code

**Bexar**
County

**1322 Big Lake San Antonio, TX 78245**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**

$183,530.00                    $183,530.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple (w/Purchase M.**

☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............................................** ➔

$183,530.00

### Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

Debtor 1  **Dennis G. Whittaker**                    Case number (if known)  **19-30156**

| 3.1. | | Who has an interest in the property? | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

3.1.
Make: **Nissan**
Model: **Titan XD**
Year: **2017**
Approximate mileage: **17,000**
Other information:
**2017 Nissan Titan XD (approx. 17,000 miles)**

Who has an interest in the property?
Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$41,558.50**
Current value of the portion you own?  **$41,558.50**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☐ No
   ☑ Yes

4.1.
Make: **Gulf Stream**
Model: **Vista Cruiser 19ERD**
Year: **2017**
Other information:
**RV: 2017 Gulf Stream Vista Cruiser 19ERD**

Who has an interest in the property?
Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$18,146.50**
Current value of the portion you own?  **$18,146.50**

4.2.
Make: **Grand Design**
Model: **Reflection 315RLTS**
Year: **2018**
Other information:
**RV: 2018 Grand Design Reflection 315RLTS**

Who has an interest in the property?
Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$43,571.00**
Current value of the portion you own?  **$43,571.00**

4.3.
Make: **Haulmark**
Model: **One X-Pand-A Conc**
Year: **2009**
Other information:
**2009 Haulmark One X-Pand-A Concession Trailer (Debtor has title representing a $1,500 remaining interest in the concession trailer sold to Danny Turrel 10 of May 2016. Agreed sales price $7,500. $6,000 has been paid. $1,500 still remaining.)**

Who has an interest in the property?
Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$1,500.00**
Current value of the portion you own?  **$1,500.00**

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here................................................ → **$104,776.00**

## Part 3:  Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

Debtor 1    __Dennis G. Whittaker_____    Case number (if known) __19-30156_____

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes.  Describe.....    **See continuation page(s).**                                    $3,815.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners;
   music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes.  Describe.....    **Speakers ($300)**                                             $1,255.00
   **Headphones ($100, $75)**
   **Laptop ($250)**
   **Tablet ($400)**
   **Printer ($30)**
   **Cell Phone ($100)**

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
   stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
   canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes.  Describe.....    **Clothing**                                                     $200.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
    gold, silver
    ☐ No
    ☑ Yes.  Describe.....    **Mens' Wedding Ring ($235)**                                     $785.00
    **Ladies' Necklace ($500)**
    **Watch ($30)**
    **Fitbit ($20)**

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☑ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you
    did not list**
    ☐ No
    ☑ Yes.  Give specific
    information............    **Eye Glasses ($100)**                                          $400.00
    **Hearing Aids ($300)**

Debtor 1     **Dennis G. Whittaker**                      Case number (if known)   **19-30156**

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here......................................................................................... ➔    | **$6,455.00** |

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes................................................................................................... Cash: .........................    **$2,447.80**

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes............................      Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking account: | **Checking account: Capital One Bank** | **$53.44** |
| 17.2. | Checking account: | **Checking account: Capital One Bank** | **$0.00** |
| 17.3. | Checking account: | **Checking account: Chase Bank** | **$1,514.60** |
| 17.4. | Savings account: | **Savings account: Capital One Bank** | **$0.00** |
| 17.5. | Savings account: | **Savings account: Chase Bank** | **$0.00** |
| 17.6. | Savings account: | **Savings account: Chase Bank** | **$0.00** |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
☑ Yes............................      Institution or issuer name:

         **Investment Account: Acorns**                    **$382.91**

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them...........................    Name of entity:                 % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them...........................    Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account separately.    Type of account:      Institution name:

         401(k) or similar plan:   **401(k)**                   **$13,000.00**

Debtor 1     **Dennis G. Whittaker**                                                    Case number (if known)   **19-30156**

IRA:                    **IRA (etrade)**
                        **Contains 4.0156 shares of Papa Johns stock**                          $172.56

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes............................     Institution name or individual:

**23. Annuities**   (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes............................   Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes............................   Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or
powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific
information about them

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☐ No
☑ Yes.  Give specific     **Manuscript for potential publication**                          $250.00
information about them

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes.  Give specific
information about them

**Money or property owed to you?**                                          **Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

**28. Tax refunds owed to you**

☐ No
☑ Yes.  Give specific information     **Federal: 2018 Potential Federal Income Tax Refund.  Amt:**   Federal:     **Unknown**
about them, including whether      **Unknown**
you already filed the returns                                               State:          **$0.00**
and the tax years......................
                                                                           Local:          **$0.00**

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes.  Give specific information      Alimony:

                                       Maintenance:

                                       Support:

                                       Divorce settlement:

                                       Property settlement:

Official Form 106A/B                      **Schedule A/B: Property**                                    page 5

Debtor 1   **Dennis G. Whittaker**          Case number (if known)  **19-30156**

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
   compensation, Social Security benefits; unpaid loans you made to someone else

   ☐ No
   ☑ Yes. Give specific information   **See continuation page(s).**                                          **$0.00**

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

   ☐ No
   ☑ Yes. Name the insurance
   company of each policy
   and list its value...............          Company name:            Beneficiary:            Surrender or refund value:

   **Automobile Insurance
   (No cash or surrender value)**                                                             **$0.00**

   **Home Owners Insurance
   (No cash or surrender value)**                                                             **$0.00**

   **Term Life Insurance
   (No cash or surrender value)**                                                             **$0.00**

   **Disability Insurance
   (No cash or surrender value)**                                                             **$0.00**

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
   entitled to receive property because someone has died

   ☑ No
   ☐ Yes. Give specific information

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

   ☐ No
   ☑ Yes. Describe each claim........   **Potential Claim against MetLife regarding denial of long-term
   disability.**                                                                              **Unknown**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and
   rights to set off claims**

   ☑ No
   ☐ Yes. Describe each claim........

35. **Any financial assets you did not already list**

   ☑ No
   ☐ Yes. Give specific information

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have
   attached for Part 4. Write that number here...................................................................** ➔   **$17,821.31**

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

   ☐ No.  Go to Part 6.
   ☑ Yes.  Go to line 38.

Debtor 1    **Dennis G. Whittaker** _____    Case number (if known)    **19-30156**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☐ No
☑ Yes. Describe..    **See continuation page(s).**    **$0.00**

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe..    _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe..    _____

41. **Inventory**

☑ No
☐ Yes. Describe..    _____

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe.....  Name of entity:                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

   ☐ No
   ☐ Yes.  Describe.....    _____

44. **Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5.  Write that number here..................................................................... ➔    **$0.00**

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....    _____

Debtor 1    **Dennis G. Whittaker**                                        Case number (if known)  **19-30156**

**48. Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific                                                          _____
information................

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....                                                                       _____

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....                                                                       _____

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific                                                          _____
information................

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have**
**attached for Part 6.  Write that number here.................................................................➔**  | **$0.00** |

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes.  Give specific information.

**54. Add the dollar value of all of your entries from Part 7.  Write that number here.............................➔**  | **$0.00** |

| **Part 8:** | **List the Totals of Each Part of this Form** |

**55. Part 1: Total real estate, line 2**.................................................................................➔  | **$183,530.00** |

**56. Part 2: Total vehicles, line 5**                                        **$104,776.00**

**57. Part 3: Total personal and household items, line 15**                  **$6,455.00**

**58. Part 4: Total financial assets, line 36**                              **$17,821.31**

**59. Part 5: Total business-related property, line 45**                     **$0.00**

**60. Part 6: Total farm- and fishing-related property, line 52**            **$0.00**

**61. Part 7: Total other property not listed, line 54**          **+**       **$0.00**

**62. Total personal property.    Add lines 56 through 61**................  | **$129,052.31** |   Copy personal   ➔   **+**   **$129,052.31**
property total

**63. Total of all property on Schedule A/B.    Add line 55 + line 62**.......................................  | **$312,582.31** |

Debtor 1     **Dennis G. Whittaker** _____     Case number (if known)   **19-30156** _____

**6.   Household goods and furnishings (details):**

**Nightstand ($70)**                                                                                      **$690.00**
**Hand Tools ($200)**
**Drill ($100)**
**Lawn Mower ($100)**
**Weed Eater ($40)**
**Plastic Trombone ($80)**
**Keyboard ($100)**

**Washer ($250)**                                                                                        **$1,225.00**
**Dryer ($250)**
**Refrigerator ($500)**
**BBQ Pit ($125)**
**Lawnmower ($100)**

**Washer (RV Style) ($600)**                                                                    **$1,900.00**
**Dryer (RV Style) ($600)**
**2 Weight Distribution Hitches (2 @ $150)**
**Generator ($400)**

**30.   Other amounts someone owes you (details):**

**Monthly Social Security Benefits**                                                            **$0.00**
**(No cash or surrender value)**

**MetLife Long-Term Disability Benefits**                                                  **$0.00**
**(No cash or surrender value) (Currently Denied)**

**38.   Accounts receivable or commissions you already earned (details):**

**Month to month lease agreement for 1322 Big Lake San Antonio, TX 78245**     **$0.00**
**(Surrendering home)**

**Consignment lease agreement (verbal) for RV 2017 Gulf Stream Vista Cruiser with Texas Best**     **$0.00**
**RV Rentals**
**(Debtor is Surrendering RV)**

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **Dennis** | **G.** | **Whittaker** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **19-30156**
(if known)

☐ Check if this is an amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2009 Haulmark One X-Pand-A Concession Trailer (Debtor has title representing a $1,500 remaining interest in the concession trailer sold to Danny Turrel 10 of May 2016. Agreed sales price $7,500. $6,000 has been paid. $1,500 still remaining.)**<br>Line from *Schedule A/B*: **4.3** | **$1,500.00** | ☑ **$1,500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Debtor 1 __Dennis G. Whittaker_____     Case number (if known) __19-30156__

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Nightstand ($70)**<br>**Hand Tools ($200)**<br>**Drill ($100)**<br>**Lawn Mower ($100)**<br>**Weed Eater ($40)**<br>**Plastic Trombone ($80)**<br>**Keyboard ($100)**<br>Line from *Schedule A/B*: **6** | **$690.00** | ☑ **$690.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Washer ($250)**<br>**Dryer ($250)**<br>**Refrigerator ($500)**<br>**BBQ Pit ($125)**<br>**Lawnmower ($100)**<br>Line from *Schedule A/B*: **6** | **$1,225.00** | ☑ **$1,225.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Washer (RV Style) ($600)**<br>**Dryer (RV Style) ($600)**<br>**2 Weight Distribution Hitches (2 @ $150)**<br>**Generator ($400)**<br>Line from *Schedule A/B*: **6** | **$1,900.00** | ☑ **$1,900.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Speakers ($300)**<br>**Headphones ($100, $75)**<br>**Laptop ($250)**<br>**Tablet ($400)**<br>**Printer ($30)**<br>**Cell Phone ($100)**<br>Line from *Schedule A/B*: **7** | **$1,255.00** | ☑ **$1,255.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Clothing**<br>Line from *Schedule A/B*: **11** | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Mens' Wedding Ring ($235)**<br>**Ladies' Necklace ($500)**<br>**Watch ($30)**<br>**Fitbit ($20)**<br>Line from *Schedule A/B*: **12** | **$785.00** | ☑ **$785.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| Brief description:<br>**Eye Glasses ($100)**<br>**Hearing Aids ($300)**<br>Line from *Schedule A/B*: **14** | **$400.00** | ☑ **$400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(9)** |

Debtor 1    **Dennis G. Whittaker**                                    Case number (if known)    **19-30156**

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Cash on Hand**<br><br>Line from *Schedule A/B*:   **16** | **$2,447.80** | ☑ **$2,447.80**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Checking account: Capital One Bank**<br><br>Line from *Schedule A/B*:   **17.1** | **$53.44** | ☑ **$53.44**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Checking account: Capital One Bank**<br><br>Line from *Schedule A/B*:   **17.2** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Savings account: Capital One Bank**<br><br>Line from *Schedule A/B*:   **17.4** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Checking account: Chase Bank**<br><br>Line from *Schedule A/B*:   **17.3** | **$1,514.60** | ☑ **$1,514.60**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Savings account: Chase Bank**<br><br>Line from *Schedule A/B*:   **17.5** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Savings account: Chase Bank**<br><br>Line from *Schedule A/B*:   **17.6** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Investment Account: Acorns**<br><br>Line from *Schedule A/B*:   **18** | **$382.91** | ☑ **$382.91**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**401(k)**<br><br>Line from *Schedule A/B*:   **21** | **$13,000.00** | ☑ **$13,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |

Debtor 1 __Dennis G. Whittaker__     Case number (if known) __19-30156__

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**IRA (etrade)**<br>**Contains 4.0156 shares of Papa Johns stock**<br>Line from *Schedule A/B*: __21__ | **$172.56** | ☑ **$172.56**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |
| Brief description:<br>**Manuscript for potential publication**<br>Line from *Schedule A/B*: __26__ | **$250.00** | ☑ **$250.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**2018 Potential Federal Income Tax Refund**<br>Line from *Schedule A/B*: __28__ | **Unknown** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Monthly Social Security Benefits**<br>**(No cash or surrender value)**<br>Line from *Schedule A/B*: __30__ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(10)(A)** |
| Brief description:<br>**MetLife Long-Term Disability Benefits**<br>**(No cash or surrender value) (Currently Denied)**<br>Line from *Schedule A/B*: __30__ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(10)(A)** |
| Brief description:<br>**Automobile Insurance**<br>**(No cash or surrender value)**<br>Line from *Schedule A/B*: __31__ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Home Owners Insurance**<br>**(No cash or surrender value)**<br>Line from *Schedule A/B*: __31__ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Term Life Insurance**<br>**(No cash or surrender value)**<br>Line from *Schedule A/B*: __31__ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Disability Insurance**<br>**(No cash or surrender value)**<br>Line from *Schedule A/B*: __31__ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

Debtor 1  **Dennis G. Whittaker** _____  Case number (if known)  **19-30156** _____

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Potential Claim against MetLife regarding denial of long-term disability.** Line from *Schedule A/B*: __**33**__ | **Unknown** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Month to month lease agreement for 1322 Big Lake San Antonio, TX 78245 (Surrendering home)** Line from *Schedule A/B*: __**38**__ | **$0.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Consignment lease agreement (verbal) for RV 2017 Gulf Stream Vista Cruiser with Texas Best RV Rentals (Debtor is Surrendering RV)** Line from *Schedule A/B*: __**38**__ | **$0.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

**Fill in this information to identify your case:**

Debtor 1    **Dennis**         **G.**           **Whittaker**
            First Name         Middle Name       Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name    Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   **19-30156**
(if known)

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | | $1,795.00 | $1,795.00 | $0.00 |

**Patrick McKinzie**
Priority Creditor's Name
**Brandy McKinzie**
Number        Street
**1322 Big Lake**

**San Antonio**          **TX**    **78245**
City                     State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   N   a   m   e
**When was the debt incurred?**   11/30/2017

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify
**Deposits by Individuals**

Debtor 1    **Dennis G. Whittaker**                                          Case number (if known)   **19-30156**

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.    Do any creditors have nonpriority unsecured claims against you?**

- ☐  No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.
- ☑  Yes

**4.    List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

| 4.1 | | $4,935.00 |
|---|---|---|

**Amex**
Nonpriority Creditor's Name
**Correspondence/Bankruptcy**
Number       Street
**PO Box 981540**

**El Paso                        TX        79998**
City                                    State      ZIP Code

**Who incurred the debt?**    Check one.
- ☑  Debtor 1 only
- ☐  Debtor 2 only
- ☐  Debtor 1 and Debtor 2 only
- ☐  At least one of the debtors and another

- ☐  **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑  No
- ☐  Yes

Last 4 digits of account number    **6    5    7    3**
**When was the debt incurred?**       **03/2018**

**As of the date you file, the claim is:** Check all that apply.
- ☐  Contingent
- ☐  Unliquidated
- ☐  Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐  Student loans
- ☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐  Debts to pension or profit-sharing plans, and other similar debts
- ☑  Other.  Specify
   **Credit Card**

| 4.2 | | $4,213.00 |
|---|---|---|

**Amex**
Nonpriority Creditor's Name
**Correspondence/Bankruptcy**
Number       Street
**PO Box 981540**

**El Paso                        TX        79998**
City                                    State      ZIP Code

**Who incurred the debt?**    Check one.
- ☑  Debtor 1 only
- ☐  Debtor 2 only
- ☐  Debtor 1 and Debtor 2 only
- ☐  At least one of the debtors and another

- ☐  **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑  No
- ☐  Yes

Last 4 digits of account number    **9    5    4    3**
**When was the debt incurred?**       **08/2018**

**As of the date you file, the claim is:** Check all that apply.
- ☐  Contingent
- ☐  Unliquidated
- ☐  Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐  Student loans
- ☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐  Debts to pension or profit-sharing plans, and other similar debts
- ☑  Other.  Specify
   **Credit Card**

Debtor 1     **Dennis G. Whittaker**                                    Case number (if known)   **19-30156**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

### 4.3

$963.92

**Capital One**
Nonpriority Creditor's Name
**PO Box 71083**
Number     Street

**Charlotte**            **NC**     **28272**
City                     State    ZIP Code

Last 4 digits of account number    **4   1   1   6**

When was the debt incurred?    **2018**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

Who incurred the debt?    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

### 4.4

$939.32

**Capital One**
Nonpriority Creditor's Name
**PO Box 71083**
Number     Street

**Charlotte**            **NC**     **28272**
City                     State    ZIP Code

Last 4 digits of account number    **7   3   5   7**

When was the debt incurred?    **2018**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

Who incurred the debt?    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

### 4.5

$29,275.34

**Christus S.R. Westover Hills**
Nonpriority Creditor's Name
**PO Box 847053**
Number     Street

**Dallas**               **TX**     **75284-7053**
City                     State    ZIP Code

Last 4 digits of account number    **2   6   6   1**

When was the debt incurred?    **3/29/2017**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Medical**

Who incurred the debt?    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1   **Dennis G. Whittaker**                              Case number (if known)   **19-30156**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.6**                                                                              **$5,987.00**

**Citicards Cbna**
Nonpriority Creditor's Name
**Citi Bank**
Number      Street
**PO Box 6077**


**Sioux Falls**          **SD**      **57117**
City                    State    ZIP Code
Who incurred the debt?    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **6    9    9    4**
When was the debt incurred?    **10/2015**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

**4.7**                                                                              **$12,412.00**

**Discover Financial**
Nonpriority Creditor's Name
**PO Box 3025**
Number      Street


**New Albany**          **OH**      **43054**
City                    State    ZIP Code
Who incurred the debt?    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **1    2    7    7**
When was the debt incurred?    **11/2017**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

**4.8**                                                                              **$532.53**

**Foundation Surgical Hospital San Antonio**
Nonpriority Creditor's Name
**9522 Huebner Rd**
Number      Street


**San Antonio**          **TX**      **78240**
City                    State    ZIP Code
Who incurred the debt?    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **3    1    6    3**
When was the debt incurred?    **3/26/2015**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical**

Debtor 1    **Dennis G. Whittaker**                                      Case number (if known)   **19-30156**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.9**

| | **$50.00** |

**Geico Insurance**
Nonpriority Creditor's Name
**9515 W Camelback Rd, Suite 134**
Number      Street

**Phoenix          AZ      85037**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number    N    a    m    e**
**When was the debt incurred?    2018**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Old Insurance Policy**

**4.10**

| | **$2,355.37** |

**Methodist Hospital**
Nonpriority Creditor's Name
**PO Box 99400**
Number      Street

**Louisville          KY      40269**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number    4    9    0    5**
**When was the debt incurred?    4/22/2014**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Medical**

**4.11**

| | **$6,174.10** |

**North Central Baptist Hospital**
Nonpriority Creditor's Name
**520 Madison Oak Dr.**
Number      Street

**San Antonio          TX      78258**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number    1    4    0    5**
**When was the debt incurred?    9/13/2016**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Medical**

Debtor 1  **Dennis G. Whittaker**                                      Case number (if known)  **19-30156**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---------|-------------------------------------------------------|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.12**                                                                                         **$500.00**

**Sams Club MasterCard**                        Last 4 digits of account number    **N   a   m   e**
Nonpriority Creditor's Name                       When was the debt incurred?    **Various**
**PO Box 32896-0013**
Number        Street                             As of the date you file, the claim is: Check all that apply.
                                                 ☐ Contingent
                                                 ☐ Unliquidated
**Orlando**              **FL**    **32896**      ☐ Disputed
City                    State    ZIP Code
Who incurred the debt?    Check one.             Type of NONPRIORITY unsecured claim:
☒ Debtor 1 only                                  ☐ Student loans
☐ Debtor 2 only                                  ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                         that you did not report as priority claims
☐ At least one of the debtors and another       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt    ☒ Other. Specify
                                                    **Charge Account**
Is the claim subject to offset?
☒ No
☐ Yes

**4.13**                                                                                         **$1,883.04**

**St. Luke's Episcopal Health System**           Last 4 digits of account number    **0   3   4   0**
Nonpriority Creditor's Name                       When was the debt incurred?    **10/21/2014**
**PO Box 20805**
Number        Street                             As of the date you file, the claim is: Check all that apply.
                                                 ☐ Contingent
                                                 ☐ Unliquidated
**Houston**              **TX**    **77225**      ☐ Disputed
City                    State    ZIP Code
Who incurred the debt?    Check one.             Type of NONPRIORITY unsecured claim:
☒ Debtor 1 only                                  ☐ Student loans
☐ Debtor 2 only                                  ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                         that you did not report as priority claims
☐ At least one of the debtors and another       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt    ☒ Other. Specify
                                                    **Medical**
Is the claim subject to offset?
☒ No
☐ Yes

**4.14**                                                                                         **$3,234.00**

**Synchrony Bank/Amazon**                        Last 4 digits of account number    **2   5   1   3**
Nonpriority Creditor's Name                       When was the debt incurred?    **03/2017**
**Attn:  Bankruptcy Dept**
Number        Street                             As of the date you file, the claim is: Check all that apply.
**PO Box 965060**                                ☐ Contingent
                                                 ☐ Unliquidated
                                                 ☐ Disputed
**Orlando**              **FL**    **32896**
City                    State    ZIP Code        Type of NONPRIORITY unsecured claim:
Who incurred the debt?    Check one.             ☐ Student loans
☒ Debtor 1 only                                  ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                      that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another       ☒ Other. Specify
☐ Check if this claim is for a community debt       **Charge Account**
Is the claim subject to offset?
☒ No
☐ Yes

Debtor 1   __Dennis G. Whittaker_____   Case number (if known)   __19-30156__

---

**Part 2:**   **Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

| 4.15 | | $1.00 |
|---|---|---|

**The Advocator Group**
Nonpriority Creditor's Name
**101 Edgewater Drive, Suite 260**
Number       Street

_____

_____

**Wakefield**          **MA**    **01880**
City                            State   ZIP Code

Who incurred the debt?   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   _N_  _a_  _m_  _e_
When was the debt incurred?   __Unknown__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Charge Account**

---

| 4.16 | | $1,345.40 |
|---|---|---|

**University Health Systems**
Nonpriority Creditor's Name
**PO Box 757**
Number       Street

_____

_____

**San Antonio**          **TX**    **78293-0757**
City                            State   ZIP Code

Who incurred the debt?   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   _5_  _2_  _4_  _5_
When was the debt incurred?   __02/28/2018__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Medical**

---

| 4.17 | | $4,083.00 |
|---|---|---|

**Wells Fargo Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**
Number       Street
**PO Box 6429**

_____

**Greenville**          **SC**    **29606**
City                            State   ZIP Code

Who incurred the debt?   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   _0_  _1_  _0_  _1_
When was the debt incurred?   __09/2007__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other.  Specify

---

Debtor 1    **Dennis G. Whittaker**                                          Case number (if known)    **19-30156**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
| 4.18 | |
| | **$3,130.00** |

**Wells Fargo Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**
Number     Street
**PO Box 6429**

**Greenville**          **SC**    **29606**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**    **0   0   0   1**

**When was the debt incurred?**    **09/2006**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other.  Specify _____

Debtor 1    **Dennis G. Whittaker**                                    Case number (if known)    **19-30156**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5.  **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

**Datasearch Inc**
Name
**Atten: Bankruptcy Dept**
Number        Street
**85 NE Loop 410 Ste 575**

**San Antonio**          **TX**    **78217**
City                     State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.16**  of   *(Check one):*   ☐  Part 1: Creditors with Priority Unsecured Claims

☑  Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      **5**   **2**   **4**   **5**

Debtor 1  **Dennis G. Whittaker**                                                          Case number *(if known)*  __19-30156__

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6.   Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
     28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.

|  |  |  |  | **Total claim** |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. **+** | $1,795.00 |
| | 6e. | **Total.**  Add lines 6a through 6d. | 6d. | **$1,795.00** |

|  |  |  |  | **Total claim** |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $7,213.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. **+** | $74,801.02 |
| | 6j. | **Total.**  Add lines 6f through 6i. | 6j. | **$82,014.02** |